UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-CV-60972-UU

KENICKAY PRENDERGAST,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

ALLEN, MILLER & GREENE, LLC,

        Defendant.

_____/

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, **ALLEN, MILLER & GREENE, LLC**, files this Motion for Enlargement of Time to Respond to the Plaintiff's initial Complaint in accordance with Rule 6(b)(1)(A), Federal Rules of Civil Procedure and Rule 7.1(J) of the Local Rules of the Southern District of Florida and states:

1.    Plaintiff filed the instant action on April 30th, 2018, which action was served on the Defendant on May 14th, 2018. A response to the lawsuit is due on or about June 4th, 2018.

2.    Counsel for the Defendant was formally retained by the Defendant on or about May 31st, 2018, and has not had sufficient time to review the allegations of the lawsuit and confer with his client.

3.    Counsel for the Defendant has contacted counsel for the Plaintiff, concerning the Motion for Enlargement of Time, and counsel for the Plaintiff has stated that he has no objection to a 20 day enlargement of time through June 24, 2018 to

respond to the Complaint.

4.      This motion is not interposed for the purposes of delay, and Plaintiff will not be unduly prejudiced thereby.

**WHEREFORE**, Defendant, ALLEN, MILLER & GREENE, LLC**,** moves this court as set forth above.

I HEREBY CERTIFY that I have conferred with counsel for the Plaintiff in an effort to resolve the issues raised in the Motion, and that counsel for the Plaintiff has agreed to the relief requested.

Respectfully Submitted,

**/s/ Joel B. Blumberg, Esquire**

Florida Bar No.: 727164
Joel@creditorcollections.com
Joel B. Blumberg, P.A.
200 Butler Street, Suite 307
West Palm Beach, Florida 33407
Telephone: (561) 683-5900
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Email on this 1st day of June, 2018, on all counsel or parties of record on the Service List below.

By: _____
JOEL B. BLUMBERG, ESQUIRE

## SERVICE LIST

JIBRAEL JARALLAH SAID HINDI, ESQ.
The Law Offices of Jibrael S. Hindi
110 S.E. 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 907-1136
Email: jibrael@jibraellaw.com