UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-CV-60972-UU

KENICKAY PRENDERGAST,
individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

ALLEN, MILLER & GREENE, LLC,

        Defendant.
_____/

## ORDER

THIS MATTER comes before the Court upon Defendant's motion for enlargement of time to respond to complaint (D.E. 7). It is hereby

**ORDERED AND ADJUDGED** that the motion (D.E. 7) is DENIED.

**DONE AND ORDERED** this _4th___ day of June, 2018.

                                            HONORABLE URSULA UNGARO

cc: counsel of record via cm/ecf