Case 0:18-cv-60972-UU   Document 12   Entered on FLSD Docket 06/06/2018   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 18-cv-60972-UU

KENICKAY PRENDERGAST,

    Plaintiff,

v.

ALLEN, MILLER & GREENE, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Set Aside Clerk's Default (D.E. 11).

THE COURT has reviewed the pertinent portions of the record, and is otherwise fully advised in the premises.

On May 14, 2018, Plaintiff served Defendant with the Complaint.  D.E. 6.  As such, Defendant's response was due on June 4, 2018.  Fed. R. Civ. P. 12(a)(1)(A)(i).  Defendant did not respond, and on April 5, the Clerk entered default.  D.E. 10.  The same day, Defendant moved to set aside the default.

Defendant explains that it retained counsel only just prior to the response deadline and could not respond in time.  Defendant includes a proposed answer and affirmative defenses (D.E. 11-2).  In light of Defendant's prompt response and proposed answer and affirmative defenses, the Court finds that good cause exists to set aside default.  It is hereby:

ORDERED AND ADJUDGED that the motion (D.E. 11) is GRANTED. The Clerk SHALL vacate the default (D.E. 10). Defendant's Answer and Affirmative Defenses (D.E. 11-2) is deemed effective as of the date of this Order. It is further

ORDERED AND ADJUDGED that the CLERK SHALL separately docket the Answer and Affirmative Defenses (D.E. 11-2)

DONE AND ORDERED in Chambers at Miami, Florida, this _6th_ day of June, 2018.

*/s/ Ursula Ungaro*

UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf