UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-60972-UU

KENICKAY PRENDERGAST,

    Plaintiff,

v.

ALLEN, MILLER & GREENE, LLC,

    Defendant.

_____/

**ADMINISTRATIVE ORDER**

THIS CAUSE comes before the Court upon the Joint Stipulation of Dismissal with Prejudice (D.E. 20).

ORDERED AND ADJUDGED that the case is CLOSED for administrative purposes. All hearings are CANCELLED and pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of July, 2018.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf